**UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS**

**UNITED STATES**

**v.**

**Staff Sergeant JAIME J. CLINE**
**United States Air Force**

**ACM S32303**

**8 March 2016**

Sentence adjudged 13 February 2015 by SPCM convened at Hill Air Force Base, Utah.  Military Judge:  Natalie Richardson.

Approved Sentence:   Bad-conduct discharge, confinement for 5 months, and reduction to E-3.

Appellate Counsel for the Appellant:  Captain Lauren A. Shure.

Appellate Counsel for the United States:  Gerald R. Bruce, Esquire.

Before

ALLRED, MITCHELL, and MAYBERRY
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred.[*]  Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000).

---

[*] The court notes that the court-martial order (CMO), dated 30 March 2015, contains a clerical error in that it is not dated the same date as the action.  Air Force Instruction 51-201, *Administration of Military Justice,* ¶ 10.8.2 (6 June 2013). Additionally, the on or about date listed in the specification includes the original date as referred even though that date was changed prior to arraignment.  *Id. at ¶* 10.10. The CMO does not indicate it was a corrected copy.  Due to clerical errors, we order a corrected CMO.  Rule for Courts-Martial 1114.

Accordingly, the approved findings and sentence are

AFFIRMED.

FOR THE COURT

LEAH M. CALAHAN
Clerk of the Court